No. 243. HANIFEN *v.* PRICE. On writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit. Argued April 29, 1902. Decided June 2, 1902. Decree affirmed, with costs, by a divided court, and cause remanded to the Circuit Court of the United States for Southern District of New York. *Mr. W. P. Preble, Jr.,* for the petitioner. *Mr. Edmund Wetmore,* for the respondents.

---

No. 533. NATIONAL SURETY COMPANY *v.* McCORMICK. Error to the Supreme Court of the State of California. Motions to dismiss or affirm submitted May 19, 1902. Decided June 2, 1902. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Pim* v. *St. Louis,* 165 U. S. 373; *Duncan* v. *Missouri,* 152 U. S. 377, and other cases. *Mr. James A. Louttit* for the motions. *Mr. John J. Burt* opposing.

---

*Decisions on Petitions for Writs of Certiorari.*

---

No. 583. MAURER *v.* DICKERSON. Third Circuit. Denied April 7, 1902. *Mr. Hector T. Fenton* for the petitioner. *Mr. Livingston Gifford* opposing.